IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICHARD MATTHEW MOORE                                                                                       PLAINTIFF

v.                                                                                    CIVIL ACTION NO. 1:25-cv-012-SA-DAS

ITAWAMBA COUNTY, MISSISSIPPI, ET AL                                                          DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on January 27, 2025. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 29th day of January, 2025.

                                                      /s/ Sharion Aycock
                                                      UNITED STATES DISTRICT JUDGE